UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WARREN AIKEN, JR.,**

    **Plaintiff,**

**v.**                        Case No. 3:14cv306/MCR/CJK

**MR. LOFTON,**

    **Defendant.**
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 2, 2014 (doc. 7), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely-filed objections to the Report and Recommendation,[1] the Report and Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this Order.

2. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

3. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of August, 2014.

*M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] No timely objections were filed.